**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00015-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. JULIO CESAR IBARRA, and
8. HECTOR MELENEZ
      a/k/a "Robert Estrada-Sancez,"

      Defendants.

---

**MINUTE ORDER**[1]

---

On December 13, 2010, the court conducted a telephonic setting conference to set a status conference and a hearing on defendant Melendez's **Motion For an Ends of Justice Continuance** [#349] filed December 7, 2010. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **January 19, 2010**, commencing at 11:00 a.m., the court shall conduct a status conference for defendants Ibarra and Melendez;

2. That at the conclusion of the status conference, the court shall address defendant Melendez's **Motion For an Ends of Justice Continuance** [#349] filed December 7, 2010, and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

Dated: December 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.