# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00015-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JULIO CESAR IBARRA, and
8. HECTOR MELENDEZ,

    Defendants.

## MINUTE ORDER[1]

At the oral request of counsel for defendant Ibarra, and there being no objection from either the government or defendant Melendez, the status conference set for January 19, 2011, at 11:00 a.m., is **VACATED** at that time and is **CONTINUED** to **1:30 p.m.** on January 19, 2011. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

    Dated: January 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.