# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00015-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JULIO CESAR IBARRA,

    Defendant.

---

## MINUTE ORDER[1]

---

The court expects that the trial in 09-cv-02977-REB-KLM to require Thursday, July 7, 2011. Thus, the setting in this case must be vacated and rescheduled.

**THEREFORE, IT IS ORDERED** as follows:

1. That the sentencing hearing set for July 7, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

2. That **July 7, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 30, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.