# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00015-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JULIO CESAR IBARRA,

    Defendant.

## MINUTE ORDER[1]

On July 6, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **July 21, 2011**, commencing at 11:00 a.m., the court shall conduct the sentencing hearing in this matter. The court reserving the remainder of the morning for this hearing;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for July 7, 2011, is **VACATED**.

Dated: July 6, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.